IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAUCELLA,<br><br>          Petitioner,<br><br>     vs.<br><br>D. K. SISTO, Warden,<br><br>          Respondent. | No. C 08-0031 CRB (PR)<br><br>ORDER OF TRANSFER |

    Petitioner seeks federal habeas review of the execution of a sentence imposed by the Superior Court of the State of California in and for the County of Santa Clara, which lies in this judicial district. See 28 U.S.C. § 84(a). Petitioner is incarcerated at California State Prison, Solano in Vacaville, County of Solano, which lies in the Eastern District of California. See id. § 84(b).

    Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

1  Because the County of Solano lies in the Eastern District of California, the court
2  orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the
3  interest of justice, this petition be transferred to the United States District Court for the
4  Eastern District of California.
5  The clerk shall transfer this matter and terminate all pending motions as moot.
6  SO ORDERED.
7  DATED: Jan. 09, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Laucella, R1.or1.wpd

2